```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 02763
    JAMES M HOWELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3584


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was not confirmed.

     The case was dismissed without confirmation 07/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED VEHIC        .00             .00             .00
COUNTRYWIDE HOME LENDING  SECURED NOT I        .00             .00             .00
COUNTRYWIDE HOME LENDING  UNSECURED       NOT FILED            .00             .00
FRANKLIN CREDIT MANAGEME  SECURED NOT I        .00             .00             .00
FRANKLIN CREDIT MANAGEME  UNSECURED       NOT FILED            .00             .00
ILLINOIS DEPT OF REV      PRIORITY           895.22            .00             .00
LINEBARGER GOGGAN BLAIR   PRIORITY        NOT FILED            .00             .00
MONEY MARKET PAY DAY EXP  UNSECURED       NOT FILED            .00             .00
SPRINT PCS                UNSECURED       NOT FILED            .00             .00
CAPITAL ONE               UNSECURED          884.03            .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED       NOT FILED            .00             .00
CITY OF CHICAGO PARKING   UNSECURED         1201.44            .00             .00
CLEARCHECK INC            UNSECURED       NOT FILED            .00             .00
COOK COUNTY STATES ATTOR  UNSECURED       NOT FILED            .00             .00
LANE BRYANT               UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          840.01            .00             .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED            .00             .00
MILLENIUM CREDIT CONSULT  UNSECURED       NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED          266.85            .00             .00
NCA                       UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          810.82            .00             .00
RISCUITY INC              UNSECURED       NOT FILED            .00             .00
RISCUITY INC              UNSECURED       NOT FILED            .00             .00
TRS RECOVERY SERVICES     UNSECURED       NOT FILED            .00             .00
AMERICREDIT FINANCIAL SE  UNSECURED        11256.95            .00             .00
BALLYS                    UNSECURED         1254.64            .00             .00
ILLINOIS DEPT OF REV      UNSECURED         1108.32            .00             .00
MONTEREY FINANCIAL        SECURED NOT I     700.00             .00             .00
MONTEREY FINANCIAL        UNSECURED          702.76            .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

          Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 02763 JAMES M HOWELL
```

```
-------------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                       .00
SECURED                                                        .00
UNSECURED                                                      .00
ADMINISTRATIVE                                                 .00
TRUSTEE COMPENSATION                                           .00
DEBTOR REFUND                                                  .00
                                   ---------------    ---------------
TOTALS                                  .00                    .00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 10/23/07               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE